RE: Aurora Garcia Lozada _____   **PRO SE**   Case # 18-16152 LMI _____

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: _____

✓ Bank Account Statements    3 months pre-petition

   #2484 (2/22-5/22/18) _____

   #5827 (5/1-5/22/18) _____

   #0476 (4/1-5/22/18) _____

✓ Check copy & explain- acct#9354 $1500 #201 ___

_____

___ Explain W/D _____

✓ FMV(NADA/Carmax)  Reg and Payoff Vehicles ___

___ FMV and Payoff: Real Estate _____

___ Non homestead Information Sheet

___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**

___ BDQ & attachments  ✓ Profit & Loss  ✓ Balance Sheet

✓ Bank statements and checks  ✓ 3 months

_____

_____

___ Fee application (see court guideline 6)

___ Income understated ____ stubs ____ taxes

   co-debtor ____ stubs ____ taxes

___ Spouse's pay advices/spouse's wages not disclosed

___ Proof of household size (government ID w/ address) and income of all adults

___ Best effort < 36 months < 60 months

___ Expenses objectionable: Sch J ☐ Provide Proof

_____

___ D/I > 100%  < 90%  Feasibility

___ Info on transfer  SOFA _____ undisclosed

   ___Tolling Agreement(s)

Sign

___ Photo ID(s)  ✓ LF 90    LF67    LF10

___ Domestic Support Info: name address and phone

___ Affidavit of Support

✓ IAP does not pay arrears in full

___ Other provisions

___ Plan does not fund

___ Calculation errors/improper months _____

___ Valuation motion has not been filed

___ MMM motion not filed

___ Reaffirm, redeem or surrender Sch D & G creditor

✓ Caliber Home paid through the Plan has not filed a POC

___ Priority debt on Sch E not in plan

✓ Object or Conform to Proof of Claim

   ___Miami-Dade County    ___Tax Certificate(DE#___)

   ___ Dept of Revenue    ___ IRS

CL#1 CARMAX AUTO FIN _____

_____-

___ Other: _____

___ **Objection to Exemption** (specifics to be filed)

   To be heard with confirmation at 1:30 pm

✓ Ch 7 s/b 2190.6²  plus tax refund / valuations

___ Good faith to unsecured

___ Expenses: documentation/calculation: CMI line

_____

_____

_____

___ CMI/DI _____ x 60 =

☐ Plus income/expenses issues ☐ Trustee est. $____

___ Undervalued collateral should be crammed down

Other:_____

_____

_____

_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

***IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.*** \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on_____JUN 28 2018_____to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027