**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No: 18-16152-LMI
    AURORA GARCIA LOZADA                      Chapter 13

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

    ☒ The debtor has filed an objection to the proof of claim filed by World Omni Financial Corp 5-1, Pending Results of Hearing.

    ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

    ☐ Other: _____

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on November 21, 2018.

                                CORONA LAW FIRM, P.A.

                                /s/ Ricardo Corona, Esq.
                                RICARDO CORONA, ESQ.
                                Florida Bar No.: 111333
                                3899 NW 7 Street, Suite 202-B
                                Miami, FL  33126
                                Tel: (305) 547-1234 Fax: (888) 554-5607
                                e-mail:  bk@coronapa.com

LF-76 (rev. 12/01/09)