

**ORDERED in the Southern District of Florida on April 7, 2023.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                    CASE NO.: 18-16152-LMI

**AURORA GARCIA LOZADA**                 CHAPTER 13

　　　　　Debtors,
_____/

### ORDER GRANTING MOTION TO ALLOW DEBTOR TO REFINANCE HER HOMESTEAD THROUGH A REVERSE MORTGAGE, DE 179

**THIS CAUSE** having come before the court on April 4, 2023, during the Chapter 13 motion consent calendar, upon the Debtor's Motion to Allow Debtor to Refinance Her Homestead Through a Reverse Mortgage (**DE 179**), and all parties present agreeing to language, and having been advised on the premises, it is hereby **ORDERED** as follows:

1. The Motion to Allow Debtor to Refinance her Homestead Through a
   Reverse Mortgage is hereby **GRANTED.**

2. Secured Creditor shall receive its full payoff pursuant to an updated payoff statement
   good through closing.

3. Secured Creditor's lien shall remain until such time as the Secured Creditor's lien is
   fully satisfied from the proceeds of the refinance.

4. The closing of the refinance of the property shall be completed within 60 days of the
   entry of the Order.

5. Upon refinancing, the Debtor should notify the Chapter 13 Trustee, and the parties
   will agree to increase all allowed unsecured claims to 100%.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305)266-1151 Fax
Email: bk@coronapa.com

Movant shall serve a copy of this order on all interested parties and file a certificate of service
with the Clerk of the Court.